IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| Karen K. Reese, individually and as Special Administrator of the Estate of Ralph R. Reese, Jr., deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No.  06-1214 |
| v. | ) ) | |
| Pneumo Abex Corp. et al., | ) ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

Before the Court is the United States' Motion to Quash Subpoena *dues tecum* and Dismiss Rule to Show Cause (d/e 3) filed on behalf of the Defendants National Archives and Records Administration and Dave Khehl.  The Court notes that Plaintiff has failed to timely file any response. For the reasons stated in a companion case, <u>Reese v. Federal Trade Commission</u>, Case #06-CV-1213, in a Report and Recommendation filed December 15, 2006 (d/e 11), the Court recommends the Government's Motion (d/e 3) be ALLOWED and this case be TERMINATED.

Any objections to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after service of a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to timely object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). See also Local Rule 72.2.

ENTER:   December 15, 2006

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE