E-FILED
Wednesday, 03 January, 2007  03:39:44 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

KAREN K REESE,           )
                         )
    Plaintiff,           )
                         )
v.                       )    No. 06-1214
                         )
NATIONAL ARCHIVES AND    )
RECORDS ADMINISTRATION, et )
al.                      )
                         )
    Defendants.          )

## O R D E R

Before the Court is Defendants' Motion to Quash Subpoena Duces Tecum and Dismiss Rule to Show Cause [Doc. 3] and Magistrate Judge Byron Cudmore's Report and Recommendation [Doc. 5]. Judge Cudmore recommended that Defendant's Motion to Dismiss be ALLOWED and this Case be TERMINATED. The parties were notified that any failure to object constitutes a waiver of any objection. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). The parties have not filed any objections with the ten (10) days allotted by 28 U.S.C. 636(b)(1).

IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation of the Magistrate Judge and Defendants' Motion to Dismiss Rule to Show Cause [Doc. 3] be ALLOWED.

CASE TERMINATED.

ENTERED this   3rd   day of January, 2007.

                            s/Joe Billy McDade
                            Joe Billy McDade
                            United States District Judge